O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-06957-AHM (AGRx) | Date | November 29, 2010 |
|---|---|---|---|
| Title | AMCULTURE TRADING, INC. v. RENAISSANCE IMPORTS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Caleb H. Liang | Theresa Barfield | |

**Proceedings:** (1) HEARING ON EX PARTE APPLICATION for the Right to Attach Order and Writ of Attachment filed by Plaintiff Amculture Trading Inc. [16]; and
(2) DEFENDANT RENAISSANCE IMPORTS' MOTION TO CHANGE VENUE [21]
(non-evidentiary)

Court circulates tentative orders and hears oral argument. For reasons and findings stated on the record, the Court grants the *ex parte* application for the right to attach order but denies defendant's motion to change venue. Order to issue. If defendant intends to file another change of venue motion (North Carolina), it must do so by next week.

|  | : | 23 |
|---|---|---|
| | Initials of Preparer | SMO |