O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-06957-AHM (AGRx) | Date | January 3, 2011 |
|---|---|---|---|
| Title | AMCULTURE TRADING, INC. v. RENAISSANCE IMPORTS, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Enoch H. Liang | Theresa C. Barfield | |

**Proceedings:** MOTION to Change Venue to United States District Court for the Western District of North Carolina filed by Defendant Renaissance Imports Inc. [41] (non-evidentiary)

Court circulates tentative order and hears oral argument. For reasons and findings stated on the record, the Court conditionally GRANTS the motion but the execution of the final order — i.e. the actual transfer of this case — will await the completion of the pending attachment proceedings. Order to issue.

|  | : | 30 |
|---|---|---|
|  | Initials of Preparer | SMO |